Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME MARTINEZ-MEDINA,<br><br>　　　　　Defendant. | No. 6:13-MJ-0021-MJS<br><br>STIPULATION TO CONTINUE SENTENCING; AND ORDER THEREON |

　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Jaime Martinez-Medina, by and through his attorney of record, Janet Bateman, that the Sentencing in the above-captioned matter set for November 5, 2013 be continued to December 17, 2013 at 10:00 a.m. The matter was referred to Federal Probation for a pre-sentence report, however, the date requested by the parties for sentencing only allows eight weeks for Probation to complete their requirements, a process which, per Probation, typically takes ten to twelve weeks.

//
//
//
//

1

The parties request the continuance to allow Probation adequate time to complete a presentence report.

Dated:  September 18, 2013          /S/ Susan St. Vincent
                                    Susan St. Vincent
                                    Acting Legal Officer
                                    Yosemite National Park


Dated:  September 18, 2013           /S/ Janet Batement
                                    Janet Bateman
                                    Attorney for Defendant
                                    Jaime Martinez-Medina


**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the November 5, 2013, Sentencing for Jaime Martinez-Medina, case number 6:13-MJ-0021-MJS, is hereby continued to December 17, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 18, 2013          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2